cated his desire for a hearing on the motion to the trial court or another authorized to set a hearing. Nor is there any indication that the case was set for a hearing on the court's docket. Therefore, appellant did not meet the "present" requirement of Rule 31(c) and the motion was overruled by operation of law upon the expiration of seventy-five days pursuant to Rule 31(e).

As a reviewing court we must rely on the record in making our determination. In this case there is no evidence in the record that appellant presented the motion for new trial to the trial court. The only item appellant produces is an unsigned order and fiat, which is insufficient by itself to prove that he requested a hearing on the motion for new trial and communicated his desire to the trial court or another authorized to act. Accordingly, the court of appeals did not err in holding that appellant's motion for new trial was not timely presented to the trial court in accordance with Rule 31(c). The judgment of the court of appeals is affirmed.

BAIRD and MANSFIELD, JJ., join.

Kathleen A. Walsh, Assistant District Attorney, Denton, Matthew Paul, State's Atty., Austin, for State.

*OPINION ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW*

PER CURIAM.

Appellant was placed on probation for 24 months after pleading guilty to the misdemeanor offense of driving while intoxicated. The State later filed a motion to revoke appellant's probation. The trial court revoked appellant's probation and sentenced him to 120 days' confinement. The Fort Worth Court of Appeals affirmed the conviction and sentence. *Baxter v. State*, 936 S.W.2d 469 (Tex.App.—Fort Worth 1996). We granted discretionary review on two grounds. We decide our decision to grant discretionary review was improvident. Therefore, we dismiss appellant's petition for discretionary review.

**William Stuart BAXTER, Appellant,**

v.

**The STATE of Texas.**

No. 202–97.

Court of Criminal Appeals of Texas, En Banc.

Feb. 25, 1998.

**Larry MOORE, Appellant,**

v.

**Pamela HENRY, Appellee.**

No. 01–95–01027–CV.

Court of Appeals of Texas, Houston (1st Dist.).

May 2, 1996.

H.F. Rick Hagen, Denton, for appellant.

